# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 19-2020

———————————————————

United States of America

*Plaintiff - Appellee*

v.

Kendrick Dotstry

*Defendant - Appellant*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: January 30, 2020
Filed: February 6, 2020
[Unpublished]

————————

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

————————

PER CURIAM.

Kendrick Dotstry appeals the district court's[1] denial of his Fed. R. Civ. P. 60(b) motion.  Upon careful review of the record, including the well-reasoned opinion of the

---

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota.

district court, we conclude there was no abuse of discretion in the denial of post-judgment relief. See Noah v. Bond Cold Storage, 408 F.3d 1043, 1045 (8th Cir. 2005) (court reviews denial of Rule 60(b) motion for abuse of discretion; Rule 60(b) authorizes relief in only most exceptional cases). Accordingly, we affirm. See 8th Cir. R. 47B.

_____